FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 23 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Luis Enrique Lopez, DEFENDANT(S). | CASE NUMBER SA11-590M-2 |
|---|---|
| | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __Monday, Nov. 28__, __2011__, at __2__ ☐ a.m. / ☒ p.m. before the Honorable __Jean Rosenbluth__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or __N/A__ (Other custodial officer) and produced for the hearing.

Dated: __11/23/11__

_Jean Rosenbluth_
U.S. District Judge/Magistrate Judge